IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY ELIZABETH BREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCK SHARP & DOHME CORP., )<br>)<br>Defendant. ) | No. 13-CV-00117-WDS |

## ORDER

**STIEHL, District Judge:**

Before the Court is defendant Merck Sharp & Dohme Corporation's motion to stay all proceedings pursuant to 28 U.S.C. § 1407. (Doc. 3). The Judicial Panel on Multidistrict Litigation has entered an order transferring cases in which the plaintiffs allege to have suffered bone injuries from their use of the prescription drug Fosamax or its generic equivalent, Alendronate Sodium, to the U.S. District Court for the District of New Jersey. *See In re Fosamax (Alendronate Sodium), Prods. Liab. Lit. (No. II)*, 787 F.Supp.2d 1355 (J.P.M.L. 2011). Plaintiff here, Mary Elizabeth Breen, alleges personal injuries, including weakened or brittle bones, from her use of Fosamax. Defendant believes this is a tag-along action and expects it to be transferred to the District of New Jersey. In the interest of judicial economy, the Court **GRANTS** defendant's motion (Doc. 3). All further proceedings are **STAYED** pending a determination by the Panel whether this case should be transferred.

IT IS SO ORDERED.

DATED: <u>February 6, 2013</u>

/s/ **WILLIAM D. STIEHL**
   **DISTRICT JUDGE**